THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS JAY MORRISON,<br><br>Defendant. | Nos. CR05-125RSL<br>CR05-174RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH HEARING BY VIDEO OR TELEPHONE |

THE COURT has considered Mr. Morrison's unopposed motion to proceed with a supervised release revocation hearing by video or telephone, and the record.

THE COURT FINDS that a video or telephonic hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* W.D. Wash. Gen. Ord. No. 04-20 (Mar. 30, 2020); *see also* W.D. Wash. Gen. Ord. Nos. 14-21, 16-21.

THE COURT ORDERS that a video (or telephone if video is unavailable) supervised release revocation hearing be scheduled on June 15, 2023, at 10:30 a.m.

DONE this 25th day of May 2023.

*[signature: Robert S. Lasnik]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Dennis Jay Morrison

ORDER TO PROCEED WITH
HEARING BY VIDEO OR TELEPHONE
(*U.S. v. Morrison,* CR05-125-RSL & CR05-174-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100